UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JANET M. LAFRANCE,

                              Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

                              Defendant.
-------------------------------------------------------------x

Hon. Andrew T. Baxter

Civil Action No.
5:18-CV-00193-ATB

CONSENT ORDER OF
REMAND PURSUANT TO
42 U.S.C. § 405(g)

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that judgement be entered in this case in favor of the Plaintiff against the Defendant without a directed finding of disability, and that the matter remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    AND, the Court having reviewed the record in this matter;

    IT IS on this 5th day of September, 2018,

    SO ORDERED.

_____
Andrew T. Baxter
U.S. Magistrate Judge


    The undersigned hereby consent to the form and entry of the within order.

                              GRANT C. JAQUITH
                              Acting United States Attorney

          BY:   */s/ Haseeb Fatmi*
                    Haseeb Fatmi

Special Assistant United States Attorney
Attorney for Defendant
Bar Code No. 520143
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-0534
Haseeb.Fatmi@ssa.gov

LAW OFFICES OF STEVEN R. DOLSON, PLLC

BY: _____S/ Steven Dolson_____
Steven R. Dolson, Esq.
Attorney for Plaintiff
Bar Code No. 512788
126 N. Salina Street: 3rd Floor
Syracuse, NY 13202
(315) 423-3328
SDolson@dolsonattorneys.com